IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:20CR3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE SENTENCING** |
| | ) | |
| TRICIA EASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Tricia Easley, by and through the undersigned, hereby moves to continue her sentencing hearing currently scheduled for June 4, 2021.   AUSA Dan Packard and counsel for the Defendant agree that a continuance of her sentencing hearing is necessary for reasons agreed upon by the parties.  Therefore, Ms. Easley seeks a continuance of her sentencing until after July 16, 2021.

WHEREFORE, Defendant requests that the Court enter an order continuing her sentencing hearing as described above.

Respectfully submitted this 2nd day of June, 2021.

TRICIA EASLEY, Defendant,

/s/ *Jessica L. Milburn*

**JESSICA L. MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
(402) 221-7820
Attorney for Defendant